IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, )<br>    Plaintiff, )<br>  v. )<br>Shingara Singh Mann,<br>Individually and d/b/a Jackpot<br>Market & Deli; Paramjit Kaur<br>Mann, Individually and d/b/a<br>Jackpot Market & Deli, )<br>    Defendants. )<br>_____ ) | 2:11-cv-02646-GEB-KJN<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u> |

    Plaintiff states in his Status Report filed January 30, 2012, that "he has filed a request for entry of default as to all Defendants and anticipates a Motion for Default date in April 2012." (ECF No. 9, 3:12-14.)

    Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than March 16, 2012, why this action should not be dismissed for failure of prosecution.

    Further, the status conference scheduled for hearing on February 13, 2012, is continued to commence at 9:00 a.m. on July 23, 2012. A status report shall be filed fourteen (14) days prior to the

status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  February 6, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge