IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:11-cv-02646 GEB KJN

    v.

SHINGARA SINGH MANN,
Individually and d/b/a Jackpot Market &
Deli; PARAMJIT KAUR MANN,
Individually and d/b/a Jackpot Market
& Deli,

        Defendants.         ORDER
_____/

        Presently before the court is plaintiff's motion for default judgment (Dkt. No. 13).[1] The court heard this matter on its law and motion calendar on May 3, 2012. Plaintiff Scott N. Johnson, an attorney, appeared at the conference and represented himself. Defendant Shingara Singh Mann, appeared without counsel and represented himself. No appearance was made by or on behalf of defendant Paramjit Kaur Singh, who Shingara Mann represented to the court is his wife.

        At the hearing, plaintiff offered to withdraw his motion for default judgment to

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1)

1

permit defendants file answers to the complaint that comply with the Federal Rules of Civil Procedure, notwithstanding the fact that the Clerk of Court has already entered a default against defendants (Dkt. No. 10).

The undersigned accepts plaintiff's withdrawal of his motion without prejudice, and sets aside the clerk's entry of default. Within 30 days of the date of this order, defendants shall file an answer to the complaint that complies with Federal Rule of Civil Procedure 8(b).[2] Defendants are warned that each of them must appear in this case and file an answer to the complaint. As the undersigned cautioned Shingara Mann at the hearing, he may not represent Paramjit Mann in federal court because he is not an attorney. Thus, Mr. and Mrs. Mann must either file a joint answer that complies with the Federal Rules of Civil Procedure, or each file a separate answer to the complaint that complies with the Federal Rules of Civil Procedure. If defendants fail to properly answer the complaint, plaintiff may again request the entry of defendants' default and then re-file his motion for default judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (Dkt. No. 13) is withdrawn without prejudice.

2. The Clerk's Certificate of Entry of Default (Dkt. No. 10) is set aside.

3. Within 30 days of the date of this order, defendants shall file an answer to the complaint that, as stated above, complies the Federal Rules of Civil Procedure including Rule 8(b).

4. If defendants fail to file proper answers to plaintiff's complaint in the time permitted, plaintiff may again seek a clerk's entry of default and, if appropriate, file a motion for default judgment.

---

[2] On February 13, 2012, Shingara Mann filed a document that the Clerk of Court docketed as an answer to the complaint (Dkt. No. 12). That document in no way serves as a proper answer that complies with Federal Rule of Civil Procedure 8(b).

5.  In light of Shingara Singh Mann's appearance in this action without counsel, the Clerk of Court shall re-designate this case as a pro se or "PS" case pursuant to Local Rule 302(c)(21), and the case number for this matter shall be 2:11-cv-02646 GEB KJN PS.

IT IS SO ORDERED.

DATED: May 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE