1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11          Plaintiff,                    No. 2:11-cv-02646 GEB KJN

12      v.

13   SHINGARA SINGH MANN,
     Individually and d/b/a Jackpot Market &
14   Deli; PARAMJIT KAUR MANN,
     Individually and d/b/a Jackpot Market
15   & Deli,

16          Defendants.              ORDER
                                 _____/
17   _____

18          Presently before the court is plaintiff's motion for default judgment (Dkt.

19   No. 13).[1]  The court heard this matter on its law and motion calendar on May 3, 2012.  Plaintiff

20   Scott N. Johnson, an attorney, appeared at the conference and represented himself.  Defendant

21   Shingara Singh Mann, appeared without counsel and represented himself.  No appearance was

22   made by or on behalf of defendant Paramjit Kaur Singh, who Shingara Mann represented to the

23   court is his wife.

24          At the hearing, plaintiff offered to withdraw his motion for default judgment to

25   _____

26      [1]  This case was referred to the undersigned pursuant to Eastern District of California Local
     Rule 302(c)(19) and 28 U.S.C. § 636(b)(1)

                                 1

1  permit defendants file answers to the complaint that comply with the Federal Rules of Civil

2  Procedure, notwithstanding the fact that the Clerk of Court has already entered a default against

3  defendants (Dkt. No. 10).

4          The undersigned accepts plaintiff's withdrawal of his motion without prejudice,

5  and sets aside the clerk's entry of default.  Within 30 days of the date of this order, defendants

6  shall file an answer to the complaint that complies with Federal Rule of Civil Procedure 8(b).[2]

7  Defendants are warned that each of them must appear in this case and file an answer to the

8  complaint.  As the undersigned cautioned Shingara Mann at the hearing, he may not represent

9  Paramjit Mann in federal court because he is not an attorney.  Thus, Mr. and Mrs. Mann must

10  either file a joint answer that complies with the Federal Rules of Civil Procedure, or each file a

11  separate answer to the complaint that complies with the Federal Rules of Civil Procedure.  If

12  defendants fail to properly answer the complaint, plaintiff may again request the entry of

13  defendants' default and then re-file his motion for default judgment.

14          Accordingly, IT IS HEREBY ORDERED that:

15          1.    Plaintiff's motion for default judgment (Dkt. No. 13) is withdrawn without

16  prejudice.

17          2.    The Clerk's Certificate of Entry of Default (Dkt. No. 10) is set aside.

18          3.    Within 30 days of the date of this order, defendants shall file an answer to

19  the complaint that, as stated above, complies the Federal Rules of Civil Procedure including

20  Rule 8(b).

21          4.    If defendants fail to file proper answers to plaintiff's complaint in the time

22  permitted, plaintiff may again seek a clerk's entry of default and, if appropriate, file a motion for

23  default judgment.

24

25      [2] On February 13, 2012, Shingara Mann filed a document that the Clerk of Court docketed as an answer to the complaint (Dkt. No. 12).  That document in no way serves as a proper answer

26  that complies with Federal Rule of Civil Procedure 8(b).

1           5.        In light of Shingara Singh Mann's appearance in this action without

2  counsel, the Clerk of Court shall re-designate this case as a pro se or "PS" case pursuant to Local

3  Rule 302(c)(21), and the case number for this matter shall be 2:11-cv-02646 GEB KJN PS.

4           IT IS SO ORDERED.

5  DATED:  May 3, 2012

6

7

KENDALL J. NEWMAN

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26