IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

        v.

SHINGARA SINGH MANN, Individually and d/b/a Jackpot Market & Deli; PARAMJIT KAUR MANN, Individually and d/b/a Jackpot Market & Deli,

        Defendants.

No. 2:11-cv-02646 GEB KJN PS

<u>ORDER</u>

/

On June 13, 2012, plaintiff filed a Notice of Settlement representing that the parties to this case have settled this action.[1]  Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file dispositional documents within 30 days of the date of this order.

////

////

////

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1)

1

2. All dates in this case are vacated.

IT IS SO ORDERED.

DATED: June 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2