IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                        No. 2:11-cv-02646 GEB KJN PS

       v.

SHINGARA SINGH MANN,
Individually and d/b/a Jackpot Market &
Deli, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        On June 13, 2012, plaintiff filed a Notice of Settlement representing that the parties to this case have settled this action. Presently before the court is plaintiff's request for a 20-day extension to file dispositional documents. The court approves plaintiff' request. Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents on or before August 8, 2012.

        IT IS SO ORDERED.

DATED: July 26, 2012

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE