IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                       No. 2:11-cv-2646 GEB KJN PS

    v.

SHINGARA SINGH MANN et al.,

        Defendants.              <u>ORDER TO SHOW CAUSE</u>

/

        On June 13, 2012, plaintiff filed a notice of settlement indicating that dispositional documents would be filed within 20 calendar days. (Dkt. No. 16.) Since that date, plaintiff was granted two extensions of time to file the dispositional documents, with the most recent extension order setting a deadline of September 4, 2012. (Dkt. Nos. 20, 22.) That deadline has now passed, and the court's record indicates that plaintiff has not filed a request for a further extension of time, nor shown good cause for such an extension.

        Accordingly, within fourteen (14) days of this order, plaintiff shall show cause why the action should not be dismissed without prejudice for failure to file dispositional documents by the deadline set by the court. <u>See</u> E.D. Cal. L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions"). Failure to respond to the order to show cause may be construed as consent to dismissal of this action

without prejudice, as well as the possible imposition of other sanctions.

    IT IS SO ORDERED.

DATED: September 19, 2012

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE