IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. 2:11-cv-2646 GEB KJN PS

    v.

SHINGARA SINGH MANN et al.,

        Defendants.           ORDER

/

        On June 13, 2012, plaintiff filed a notice of settlement indicating that dispositional documents would be filed within 20 calendar days. (Dkt. No. 16.) Since that date, plaintiff was granted two extensions of time to file the dispositional documents, with the most recent extension order setting a deadline of September 4, 2012. (Dkt. Nos. 20, 22.) Although that deadline passed, plaintiff failed to file dispositional documents or a request for a further extension of time. Therefore, on September 20, 2012, the court issued an order requiring plaintiff to show cause why the action should not be dismissed without prejudice for failure to file dispositional documents by the deadline set by the court. (Dkt. No. 23.) See E.D. Cal. L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions").

////

Subsequently, on September 25, 2012, plaintiff filed a response to the order to show cause. (Dkt. No. 24.) Plaintiff's response indicates that plaintiff had made at least some efforts to contact defendants to get a written settlement agreement signed and finalized. As such, the court finds it appropriate to discharge the order to show cause. However, the court observes that plaintiff's response does not explain why he did not seek a further extension of the deadline to file dispositional documents from the court prior to the deadline's expiration. Furthermore, it is evident that plaintiff's counsel's latest September 20, 2012 e-mail to defendants regarding the status of the settlement agreement, which was preceded by a similar August 24, 2012 e-mail, was only prompted by the court's order to show cause issued earlier in the day on September 20, 2012. (See Dkt. Nos. 23, 24-3, 24-4.) This showing falls well short of the type of diligence required to comply with E.D. Cal. L.R. 160(b).

Plaintiff will be provided with a final 21-day extension to file the necessary dispositional documents. However, in light of the above, the court is not inclined to grant any further extensions, and plaintiff is cautioned that failure to file dispositional documents by that deadline may result in dismissal of the action without prejudice. See E.D. Cal. L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (dkt. no. 23) is DISCHARGED.

2. Plaintiff shall file dispositional documents within 21 days of the date of service of this order.

DATED: October 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE