IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, | ) |
| | ) 2:11-cv-02646-GEB-KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| Shingara Singh Mann, Individually and d/b/a Jackpot Market & Deli; Paramjit Kaur Mann, Individually and d/b/a Jackpot Market & Deli, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff filed a Notice of Settlement on June 13, 2012, in which he indicated that dispositional documents would be filed within twenty (20) calendar days. (ECF No. 16.) Plaintiff subsequently obtained two extensions of time to file the dispositional documents, with the most recent extension setting a deadline of September 4, 2012. (ECF Nos. 20, 22.) The September 4th deadline passed, and Plaintiff neither filed a dispositional document nor requested a further extension of time. Therefore, on September 20, 2012, the magistrate judge issued an order requiring Plaintiff to show cause ("OSC") why the action should not be dismissed without prejudice for failure to file dispositional documents by the deadline set by the court. (ECF No. 23.) See E.D. Cal. L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions").

1           Plaintiff responded to the OSC on September 25, 2012,
2  following which the magistrate judge discharged the OSC in an order
3  filed October 16, 2012. The October 16th order also "provided
4  [Plaintiff] a final 21-day extension to file the necessary dispositional
5  documents[,]" until November 6, 2012, and "cautioned [Plaintiff] that
6  failure to file dispositional documents by that deadline may result in
7  dismissal of the action without prejudice." (ECF No. 25.)
8           Since no dispositional document has been filed, and Plaintiff
9  has not provided any reason for the continued pendency of this action,
10 this action is dismissed without prejudice.
11          IT IS SO ORDERED.

Dated:  November 7, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge